IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-083-FDW-DCK

| | |
|---|---|
| DAVID KEETON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ELITE TECHNOLOGIES & COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Adam A. Smith, concerning Kimberly De Arcangelis on February 25, 2021. Kimberly De Arcangelis seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Kimberly De Arcangelis is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: March 2, 2021

David C. Keesler
United States Magistrate Judge